```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  ELIZABETH M. FALK
    Assistant Federal Public Defender
 3  450 Golden Gate Avenue
    San Francisco, CA 94102
 4  Telephone: (415) 436-7700

 5  Counsel for Defendant ZUNIGA-VASQUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>CARLOS ZUNIGA-VASQUEZ,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 05-0677 MHP<br>No. CR ~~3-05-71017 EDL~~<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING BAIL HEARING**<br><br>Date:    January 31, 2006<br>Time:   9:30 a.m.<br>Court:  The Honorable Joseph C. Spero |

<u>STIPULATION</u>

      The parties agree to continue the bail hearing in the above-captioned matter from January 31, 2006 until February 6, 2006 at 9:30 a.m. The purpose of the continuance is due to the request of Mr. Zuniga-Vasquez, who intends to waive a bail hearing and findings on the record at the February 6 appearance. Mr. Zuniga-Vasquez has an ICE detainer and a state hold, as he is currently serving a state sentence at San Quentin. Due to the fact that Mr. Zuniga-Vasquez will not be released from custody during the pendency of this case, the short continuance will not prejudice him.

      Assistant United States Attorney Joseph A. Fazioli has no objection to the request for a continuance. Pursuant to 18 U.S.C. § 3142(f), the parties jointly request this Court to find that good cause exists for extending the five-day period of time permitted by law for a bail hearing due to the fact that defendant Zuniga-Vasquez has an ICE detainer and a state hold against his person and

1  will not ultimately seek release from custody on this case.

2

3  IT IS SO STIPULATED

4

5  DATED: _____/S/_____
                           ELIZABETH M. FALK
6                          Assistant Federal Public Defender

7  DATED: _____/S/_____
                           JOSEPH A. FAZIOLI
8                          Assistant United States Attorney

9

10  I hereby attest that I have on file al holograph signatures for any signatures indicated by a

11  "conformed" signature (/S/) within this e-filed document.

12

13                          [~~PROPOSED~~] ORDER

14      Based upon the aforementioned representations of the parties, and for good cause shown as

15  required under 18 U.S.C. § 3142(f), it is hereby ORDERED that the bail hearing in this matter be

16  continued from January 31, 2006 to February 6, 2006 at 9:30 a.m.

17

18  DATED:  Jan. 30, 2006              _____
                                          THE HONORABLE JOSEPH C. SPERO
                                          UNITED STATES MAGISTRATE COURT JUDGE

19

20

21

22

23

24

25

26

STIP & ORDER CONTINUING
Bail Hearing
05-677 MHP                      - 2 -