IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00677-MHP |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| CARLOS ZUNIGA-VASQUEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

For good cause shown, the motion hearing date in the aforementioned matter is hereby CONTINUED to June 19, 2006. All other dates in this matter shall be as established in Counsel's Stipulation, filed herewith. The Court further orders that the time between May 8, 2006 and May 15, 2006 shall be excluded under the Speedy Trial Act to accommodate the unavailability of defense counsel, and that the ends of justice outweigh the defendant's and the public's interest in a speedy trial and justify the requested exclusion.

IT IS SO ORDERED

Dated: May 16, 2006

_____
THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

Order    1